UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK U DENNIS, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>– against –<br><br>AYR, INC.,<br><br>        Defendant. | ECF Case<br><br>1:18-cv-07104 (NG) (CLP)<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Derrick U Dennis and defendant AYR, Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

Active\96056272.v1

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
June 13, 2019

SHALOM LAW, PLLC

By: _____
Jonathan Shalom, Esq.
124-04 Metropolitan Avenue
Kew Gardens, New York 11415
Telephone: (718) 971-9474
Email: Jshalom@JonathanShalomLaw.com
*Attorneys for Plaintiff*

FOX ROTHSCHILD LLP

By: _____
Jason B. Jendrewski, Esq.
101 Park Avenue, Suite 1700
New York, New York 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
Email: jjendrewski@foxrothschild.com
*Attorneys for Defendant*