FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUL 03 2019  ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DERRICK U DENNIS, on behalf of himself and all others similarly situated,

    Plaintiffs,

– against –

AYR, INC.,

    Defendant.

ECF Case

1:18-cv-07104 (NG) (CLP)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Derrick U Dennis and defendant AYR, Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

Active\96056272.v1

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
       June 13, 2019

| SHALOM LAW, PLLC | FOX ROTHSCHILD LLP |
|---|---|
| By: _____ | By: _____ |
| Jonathan Shalom, Esq. | Jason B. Jendrewski, Esq. |
| 124-04 Metropolitan Avenue | 101 Park Avenue, Suite 1700 |
| Kew Gardens, New York 11415 | New York, New York 10178 |
| Telephone: (718) 971-9474 | Telephone: (212) 878-7900 |
| Email: Jshalom@JonathanShalomLaw.com | Facsimile: (212) 692-0940 |
| *Attorneys for Plaintiff* | Email: jjendrewski@foxrothschild.com |
| | *Attorneys for Defendant* |

So Ordered
/s/ Nina Gershon
USDJ
6-27-19